# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Linda Wong

        Plaintiff,

v.               Case No.: 1:12–cv–03102
                Honorable Sharon Johnson Coleman

Accretive Health, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2012:

  MINUTE entry before Honorable Sharon Johnson Coleman: Status hearing held on 8/13/2012. Status hearing set for 12/17/2012 at 09:00 AM. Plaintiff to file amended complaint by 10/12/2012. Defendant to answer by 12/11/2012.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.