UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| LINDA WONG, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 1:12-cv-03102 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sharon Johnson Coleman<br>Magistrate Judge Arlander Keys |
| ACCRETIVE HEALTH, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

870301_1

1.      Lead Plaintiff Indiana State Police Benefit System hereby moves the Court for entry of an Order: (1) preliminarily approving the Settlement Agreement dated September 19, 2013; (2) certifying the Class for settlement purposes; (3) approving the form and method for providing notice of the settlement to Class Members; and (4) scheduling a final Settlement Hearing.

2.      This motion is based upon the Settlement Agreement and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Accordingly, Lead Plaintiff requests that the Court enter the Notice Order, a copy of which is attached hereto.

DATED:  September 26, 2013                Respectfully submitted,

                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          JAMES E. BARZ (IL Bar # 6255605)
                                          200 South Wacker Drive, 31st Floor
                                          Chicago, IL  60606
                                          Telephone:  312/674-4674
                                          312/674-4676 (fax)

                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          ELLEN GUSIKOFF STEWART
                                          CODY R. LeJEUNE


                                                  s/ Ellen Gusikoff Stewart
                                          ELLEN GUSIKOFF STEWART

                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101-8498
                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID J. GEORGE
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

- 2 -

870301_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2013, I authorized the electronic filing of the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on September 26, 2013.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  elleng@rgrdlaw.com

870301_1

# Mailing Information for a Case 1:12-cv-03102

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Andrew B. Clubok**
  andrew.clubok@kirkland.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com,mjsteven@pomlaw.com

- **Leonid Feller**
  lfeller@kirkland.com,jennifer.hill@kirkland.com,christina.pietsch@kirkland.com,sara.tobler@kirkland.com

- **David J. George**
  dgeorge@rgrdlaw.com,e_file_sd@rgrdlaw.com,bheikkinen@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Bailie Heikkinen**
  bheikkinen@rgrdlaw.com

- **Adam T. Humann**
  adam.humann@kirkland.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,hkimmel@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David A Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Kristin Sheffield-whitehead**
  kristin.sheffield-whitehead@kirkland.com

- **Ellen Gusikoff Stewart**
  elleng@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)