UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LINDA WONG, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>ACCRETIVE HEALTH, INC., et al.,<br><br>               Defendants. | No. 1:12-cv-03102<br><br><u>CLASS ACTION</u><br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge Arlander Keys |

LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

874128_1

PLEASE TAKE NOTICE that on October 2, 2013, at 9:00 a.m. or such other date and time set by the Court, counsel for Lead Plaintiff shall appear before the Honorable Sharon Johnson Coleman in Courtroom 1425 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the following documents:

*Settlement Agreement*

*[Proposed] Order Preliminarily Approving Settlement and Providing for Notice*

*Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement*

*Memorandum of Points and Authorities in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement*

which were filed and served on September 26, 2013.

DATED: September 26, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
CODY R. LeJEUNE


      s/ Ellen Gusikoff Stewart
    ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -
874128_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID J. GEORGE
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26, 2013.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

874128_1

# Mailing Information for a Case 1:12-cv-03102

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Andrew B. Clubok**
  andrew.clubok@kirkland.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com,mjsteven@pomlaw.com

- **Leonid Feller**
  lfeller@kirkland.com,jennifer.hill@kirkland.com,christina.pietsch@kirkland.com,sara.tobler@kirkland.com

- **David J. George**
  dgeorge@rgrdlaw.com,e_file_sd@rgrdlaw.com,bheikkinen@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Bailie Heikkinen**
  bheikkinen@rgrdlaw.com

- **Adam T. Humann**
  adam.humann@kirkland.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,hkimmel@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David A Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Kristin Sheffield-whitehead**
  kristin.sheffield-whitehead@kirkland.com

- **Ellen Gusikoff Stewart**
  elleng@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)