UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LINDA WONG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ACCRETIVE HEALTH, INC., et al.,<br><br>        Defendants. | No. 1:12-cv-03102<br><br><u>CLASS ACTION</u><br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge Arlander Keys |

LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS, AND AWARD OF ATTORNEYS' FEES AND EXPENSES

898970_1

Lead Plaintiff, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully moves this Court to enter orders and/or judgments: (1) granting final approval of the settlement in the above-captioned litigation; (2) approving the Plan of Distribution of settlement proceeds; and (3) awarding attorneys' fees and expenses to Lead Counsel. This motion is based on the Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds, and the Memorandum of Points and Authorities in Support of Motion for Award of Attorneys' Fees and Expenses, the declarations submitted in support thereof, the Settlement Agreement dated September 19, 2013, all other pleadings and matters of record and such additional evidence or argument that may be presented at the hearing on this matter.

DATED: December 13, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
CODY R. LeJEUNE

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

898970_1

- 2 -

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        DAVID J. GEORGE
        ROBERT J. ROBBINS
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL 33432
        Telephone: 561/750-3000
        561/750-3364 (fax)

        Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2013.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

898970_1

# Mailing Information for a Case 1:12-cv-03102

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Andrew B. Clubok**
  andrew.clubok@kirkland.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com,mjsteven@pomlaw.com

- **Leonid Feller**
  lfeller@kirkland.com,jennifer.hill@kirkland.com,christina.pietsch@kirkland.com,sara.tobler@kirkland.com

- **David J. George**
  dgeorge@rgrdlaw.com,e_file_sd@rgrdlaw.com,bheikkinen@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Bailie Heikkinen**
  bheikkinen@rgrdlaw.com

- **Adam T. Humann**
  adam.humann@kirkland.com

- **Cody Ross Lejeune**
  clejeune@rgrdlaw.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,hkimmel@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David A Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Kristin Sheffield-whitehead**
  kristin.sheffield-whitehead@kirkland.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`