UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Linda Wong

         Plaintiff,

v.               Case No.: 1:12–cv–03102
                Honorable Sharon Johnson Coleman

Accretive Health, Inc., et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2014:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Fairness hearing held on 4/30/2014. Plaintiff's oral motion to overrule Mr. Hayes' objection is granted. Enter Final Judgment and Order of Dismissal with Prejudice. Enter Order Approving Plan of Distribution of Settlement Proceeds. Enter Order Awarding Attorneys' Fees and Expenses. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.