James J. Hayes
4024 Estabrook Dr.
Annandale, VA 22003
703-941-4694

May 22, 2014

Clerk of the Court
U.S. District Court, N.D. of Illinois
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**

MAY 2 8 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Wong v. Accretive Health, Inc., No. 1:12-cv-03102

Dear Sir/Madam:

Attached are a NOTICE OF APPEAL and a check in the amount of $505 for filing fees in the above captioned class action.

Yours sincerely,

James J. Hayes