# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LINDA WONG, Individually and on behalf of All Others Similarly Situated, | No.. 1:12-cv-03102 |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| ACCRETIVE HEALTH, INC., et. al., Limited, | **FILED** MAY 28 2014 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT |
| Defendants. | |

**Notice** is hereby given that James J. Hayes, Objector in the above captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the FINAL JUDGMENT AND ORDER OF DISMISSAL, and the ORDER APPROVING PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS of the class action settlement entered on May 2, 2014.

Dated: May 22, 2014
Annandale, Virginia

**PAID**
RECEIPT # 4634120841
MAY 28 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

James J. Hayes
Objector, pro se
4024 Estabrook Dr.
Annandale, VA 22003
Tel. (703) 941-4694