# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 9, 2014

Before:

JOEL M. FLAUM, Circuit Judge

DANIEL A. MANION, Circuit Judge

DAVID F. HAMILTON, Circuit Judge

| No.: 14-2191 | LINDA WONG, individually and on behalf of all others similarly situated,<br>Plaintiff - Appellee<br><br>v.<br><br>ACCRETIVE HEALTH, INCORPORATED, MARY A. TOLAN and JOHN T. STATON,<br>Defendants - Appellees<br><br>APPEAL OF: JAMES J. HAYES |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-03102<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.